

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2013

No. 04-13-00192-CV and 04-13-00193-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.S.,
A MENTALLY ILL PERSON,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-MH-0659 and 2013-MH-0591
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Appellee's brief is due on or before September 6, 2013. Because these are accelerated appeals, no further extensions of time will be granted.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2013.

_____
Keith E. Hottle
Clerk of Court